IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NELSON WESTBROOK,           )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:15cv796-MHT
                            )           (WO)
WARDEN KARLA JONES,         )
et al.,                     )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that prison officials violated his right to procedural due process in disciplining him for his alleged involvement in a fight.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's case be dismissed without prejudice for failure to prosecute this action and comply with the orders of the court.  There are no objections to the recommendation.  After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2016.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE