```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

```
NELSON WESTBROOK,            )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:15cv796-MHT
                             )           (WO)
WARDEN KARLA JONES,          )
et al.,                      )
                             )
    Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) This case is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of February, 2016.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE